IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

MACARIO HUDSON                          *

          Plaintiff,                   *

v.                                         Case No. 3:25-CV-00206-TES

                             *

OFFICER DAVIS, et al,

                             *

          Defendants.

                             *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 20, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 20th day of March, 2026.

                          David W. Bunt, Clerk

                          s/ Angelica E. Niccolai, Deputy Clerk